Argued March 22, affirmed March 27, 1928.

G. H. STURGES ET AL. *v.* ANNA KIBRICK ET AL.

(265 Pac. 1117.)

From Multnomah: ASHBY C. DICKSON, Judge.

Department 2.

AFFIRMED.

For appellants there was a brief and oral argument by *Mr. W. A. Illidge.*

For respondents there was a brief and oral argument by *Dorothy McCullough Lee.*

PER CURIAM.—We are unanimously of the opinion that there is manifestly no merit in this appeal. Therefore, the decree of the lower court is affirmed.

AFFIRMED.